UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIO MOLINA,

                     Plaintiff,

-against-

DEPARTMENT OF CORRECTIONS,

                     Defendant.

19-CV-9388 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

By order dated October 10, 2019, the Court directed Plaintiff, within thirty days, to submit a completed prisoner authorization or pay the $400.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed a prisoner authorization or paid the fee. Accordingly, the complaint is dismissed without prejudice to Plaintiff's refiling a new action. *See* 28 U.S.C. §§ 1914, 1915.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   November 12, 2019
           New York, New York

                                                   COLLEEN McMAHON
                                                  Chief United States District Judge